UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale

Case No. 14-15930-JKO
Chapter: 13

VIRGILIO R. GUTIERREZ
aka VIRGILIO GUTIERREZ, aka
VIRGILIO RAFAEL GUTIERREZ

_____ Debtor.   /

### SONIA FRASER'S MOTION TO CONFIRM POST-PETITION CREDITOR STATUS OR, IN THE ALTERNATIVE, FOR PERMISSION TO FILE LATE PROOF OF CLAIM

Sonia Fraser ("**Movant**"), by and through undersigned counsel, hereby respectfully moves for a Court Order confirming post-petition creditor status or, in the alternative, permitting Movant to file a Late Proof of Claim, and in support thereof states as follows:

1. On or about March 13, 2014, Debtor Virgilio R. Gutierrez ("**Debtor**") filed a Chapter 13 Voluntary Petition ("**Petition**").

2. Schedule F--Creditors Holding Unsecured Nonpriority Claims--of Debtor's Petition lists Movant as a "Business Lawsuit" in the amount of $10,794.93.

3. At the time Debtor's Petition was filed, however, Movant, was not an unsecured creditor of Debtor (either individually or jointly with Joint Debtor Laila S. Rosal) and did not, therefore, file a Proof of Claim.

4. Movant was, however, a creditor of Debtor's Florida Corporation, Gray 8 Concrete, Corp. ("**Gray 8**") pursuant to a Final Judgment, entered on or about October 6, 2008, in favor of Movant and against Gray 8, in the amount of $10,794.93 ("**Judgment**") (Miami-Dade County Court, Case No. 07-10697-CC-25). A copy of the Judgment is attached hereto as **Exhibit A.**

5. On or about March 24, 2014, Debtor's Bankruptcy counsel filed a Suggestion of Bankruptcy ("**SOB**") in the County Court matter stating that "Defendant, Virgilio Gutierrez, shows that he has filed a petition for relief under Chapter 13." The SOB further stated "[r]elief was ordered on March 14, 2014 and suggests that this action has been stayed by the operation of Title 11 U.S.C. Section 362."

6. Upon receipt of said SOB, undersigned counsel contacted Debtor's Bankruptcy counsel to advise him that the Judgment was entered against Gray 8 and not the Debtor, individually, and, as such, it was undersigned's position that the instant matter did not operate as a stay in the pending County Court matter against Gray 8.

7. Debtor's Bankruptcy counsel, however, did not respond.

8. After multiple unsuccessful attempts of collecting on a valid and enforceable judgment, Movant proceeded with all remedies available to her including, but not limited to, impleading Gray 8's "successor corporation," A Class Builders, Inc. ("**A Class Builders**").

9. On or about April 17, 2014, an Order was entered impleading A Class Builders as a Third Party. A copy of the Order is attached hereto as **Exhibit B**. Shortly thereafter, Movant filed a Motion to Enforce the Money Judgment against Implead Third Party A Class Builders and, on or about September 4, 2014, a hearing was held regarding same. At the close of the hearing, Judge King entered an Order impleading Debtor, individually, and enforcing the Judgment against the Debtor, individually. A copy of the Order is attached hereto as **Exhibit C.**

10. As previously mentioned, Debtor filed his Chapter 13 petition on or about March 14, 2014, and the deadline for filing claims was July 31, 2014. The Judgment, entered against the Debtor, individually, was not entered until September 4, 2014.

11. As such, Movant is a post-petition unsecured creditor and respectfully requests that this Honorable Court enter an Order confirming Movant as a post-petition creditor excluded from Debtor's Chapter 13 plan. In the alternative, Movant respectfully requests that this Honorable Court enter an Order including the post-petition debt in Debtor's Chapter 13 plan and permitting Movant to file a Late Proof of Claim as Movant was not a creditor during the timeframe within which to file a Proof of Claim.

**WHEREFORE**, Movant respectfully requests that this Honorable Court enter an Order confirming Movant as a post-petition creditor excluded from Debtor's Chapter 13 plan or, in the alternative, including the post-petition debt in Debtor's Chapter 13 plan and permitting Movant to file a late Proof of Claim, and for any other relief deemed just and proper under the circumstances.

**I hereby certify** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted,

**EPGD Attorneys at Law, P.A.**
2701 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Tel/Fax (786) 837-6787
*Counsel for Creditor Sonia Fraser*

***S/Natalie Vassilaros***
Natalie Vassilaros, Esq.
Florida Bar No. 57803
Natalie@epgdlaw.com

Eric P. Gros-Dubois, Esq.
Florida Bar No. 83381
eric@EPGDLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2014, a copy of the foregoing was furnished via electronic transmission to the parties who are currently on the list to receive email notice/service for this case and via US Mail to all other parties.

**EPGD Attorneys at Law, P.A.**
2701 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Tel/Fax (786) 837-6787
*Counsel for Creditor Sonia Fraser*

*S/Natalie Vassilaros*
Natalie Vassilaros, Esq.
Florida Bar No. 57803
Natalie@epgdlaw.com

Eric P. Gros-Dubois, Esq.
Florida Bar No. 83381
eric@EPGDLaw.com

# EXHIBIT A

IN THE COUNTY COURT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

SONIA FRASER,

        Plaintiff,

vs.

CASE NO. 07-10697-CC-25

GRAY 8 CONCRETE, CORP.,

        Defendant.
_____/

### FINAL JUDGMENT

THIS ACTION was tried before this Honorable Court on August 26, 2008, and on the Evidence presented:

IT IS ADJUDGED:

That the Plaintiff, **SONIA FRASER**, shall recover from the Defendant, **GRAY 8 CONCRETE, CORP**, located at 2701 SW 190th Avenue, Mirimar, FL 33029, the following sums:

| | | |
|---|---|---|
| a. | The principal liquidated damages of: | $9,790.00; |
| b. | Pre-judgment interest (since April 1, 2008 of | $399.32; |
| c. | Costs | $605.61 |
| | Making a total final judgement of: | $10,794.93 |

that shall bear interest at the legal rate per year, for which execution shall issue forthwith. The Court shall retain jurisdiction to award attorney's fees and costs.

DONE and ORDERED in Chambers, Coral Gables, Miami Dade Co., Florida on this ____ day of August, 2008.

MIAMI-DADE
COUNTY FLORIDA

OCT 0 6 2008

LAWRENCE D. KING
COUNTY COURT JUDGE

*Lawrence D. King*
County Court Judge

Copies furnished to:
-Gray 8 Concrete Corp.
2701 SW 190 Ave
Mirimar, FL 33133029

-Sonia Fraser
7430 SW 142 Terrace
Village of Palmetto Bay, FL 33158

FINAL ORDER AS TO ALL PARTIES

SRS DISPOSITION
NUMBER 12

# EXHIBIT B

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

☐ SMALL CLAIMS DIVISION
☒ CIVIL DIVISION

CASE NO:
SECTION NO: 07-10697-CC-25
02

FILED
APR 17 2014
CLERK

Sonia Fraser vs. Gray 8 Concrete, Corp
Plaintiff(s)         Defendant(s)

ORDER ~~GRANTING~~/DENYING  Motion to Implead 3d Party

THIS CAUSE came before the Court on the 17th day of April, 2014

of PLAINTIFF'S/DEFENDANT'S Motion to Implead Third Party A Class Builders, Inc and after hearing argument of counsel, it is

**ORDERED AND ADJUDGED:**

A Class Builders Inc is Implead as a Judgment Debtor, and is ordered to complete a Fact Information Sheet, using the statutory form, and return to the Plaintiff in 30 days from the date listed above.

DONE AND ORDERED IN MIAMI-DADE COUNTY, FLORIDA THIS 17th

DAY OF April, 2014

_____
COUNTY COURT JUDGE

Copies furnished to
Parties / Counsel of Record
117.01-207 10/03

# EXHIBIT C

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

☐ SMALL CLAIMS DIVISION
☒ CIVIL DIVISION

CASE NO: Civil Division
SECTION NO: 07-10697-CC-25

Sonia Frazier
v.
Gray 8 Concrete. Corp

vs.

Plaintiff(s)                    Defendant(s)

**FILED SEP 4 - 2014 CLERK**

**ORDER GRANTING / DENYING** _____

THIS CAUSE came before the Court on the __4th__ day of __September__, 20__14__

on PLAINTIFF'S / DEFENDANT'S Motion __to implead individual, and enter money judgment__ and after hearing argument of counsel, it is

**ORDERED AND ADJUDGED:**

Plaintiff's Motion is granted, and a Money judgment in the underlying case against Mr. Virgilio Gutierrez, with post-judgment interest and costs, and the Court finds sufficient evidence supporting the plaintiff's motion, and the individual, Virgilio Gutierrez, is ordered to complete and deliver an individual fact information sheet within 30 days

DONE AND ORDERED IN MIAMI-DADE COUNTY, FLORIDA THIS __4th__
DAY OF __September__, 20__14__.

COUNTY COURT JUDGE

SIGNED AND DATED

Copies furnished to
Parties / Counsel of Record
117.01-207 10/03