

**ORDERED in the Southern District of Florida on December 15, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale**

VIRGILIO R. GUTIERREZ
aka VIRGILIO GUTIERREZ, aka
VIRGILIO RAFAEL GUTIERREZ

               Debtor.    /

Case No. 14-15930-JKO
Chapter: 13

**ORDER CONFIRMING SONIA FRASER AS A POST-PETITION CREDITOR**

THIS CAUSE having come before the Court upon Sonia Fraser's Motion to Confirm Post-Petition Creditor Status Or, in the Alternative, for Permission to File Late Proof of Claim, filed on November 10, 2014, and the Court having reviewed the file and being otherwise fully advised in the premises, it is

**ORDERED** that

1. Sonia Fraser's Motion is **GRANTED**. Sonia Fraser is a post-petition creditor excluded from the Debtor's Chapter 13 plan and, therefore, will not file a Proof of Claim.

2. As follows, Sonia Fraser is not subject to the automatic stay with regards to the post-petition debt.

3. This Court has no objection to Sonia Fraser pursuing civil collection methods to collect on the post-petition debt against Debtor Virgilio R. Gutierrez.

###

Submitted by:

Natalie Vassilaros, Esq.
Eric Gros-Dubois, Esq.
**EPGD Attorneys at Law, P.A.**
2701 Ponce de Leon Blvd., Suite 202
Coral Gables, Florida 33134
Tel/Fax (786) 837-6787
Natalie@epgdlaw.com
eric@epgdlaw.com

The party submitting this order shall serve a copy of the signed order on all parties currently on the service list and file with the court a certificate of service.