UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:

    Virgilio Gutierrez          Case No. 14-15930-JKO
       and
    Laila Rosal

       Debtors            Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On March 14, 2014 the instant case was filed.

2. On October 17, 2014 debtor's Second Amended Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtors are paying Specialized Loan Servicing, LLC. Specialized Loan Servicing, LLC filed a notice of mortgage payment change, wherein the regular payment of the debtors' mortgage has changed.

4. Debtors desire to modify their plan in order to provide for the new payment.

.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161