**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
First Modified Plan

DEBTOR: Virgilio Gutierrez    JOINT DEBTOR: Laila Rosal    CASE NO.: 14-15930-JKO
Last Four Digits of SS# 5931    Last Four Digits of SS# 3704

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.    $ 2,508.09   for months 1 to 14;
   B.    $ 2,693.27   for months 15 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $1800 Balance Due $ 1850
                   payable $ 123.33 /month (Months 1 to 14)
                   payable $ 123.35 /month (Months 15 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Specialized Loan Servicing, LLC      Arrearage on Petition Date $35,079.55
Address: 8742 Lucent Blvd #300          Arrears Payment    $ 487.62/month (Months 1 to 14)
         Highland Ranch, CO 80129       Arrears Payment    $ 614.19/month (Months 1 5 to 60)
                                        Regular Payment    $ 1800/month (Months 1 to 14)
Account No: 1005995289                  Regular Payment    $1,674.74/month (Months 15 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of New York Mellon / Real Time Resolutions Loan No: xxxx3777 | $296,330 Broward County Property Appraiser SUNSET LAKES PLAT TWO 166-24 B LOT G85 | 0 | None | 0 | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due $_____
                     Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 36.15/month (Months 15 to 16) and Pay $ 159.50/month (Months 17 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditor Santander Consumer and will continue to pay said creditor directly outside the chapter 13 plan. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Debtor                                       Joint Debtor
Date: 6-10-2015                              Date: 6-10-2015


LF-31 (rev. 01/08/10)