B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Virgilio R Gutierrez,**
        **Laila S Rosal**

                             Debtors

Case No.    **14-15930**

Chapter    **13**

# SUMMARY OF SCHEDULES - AMENDED 11/23/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 259,660.00 | | |
| B - Personal Property | Yes | 4 | 14,369.48 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 533,779.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 255,202.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,094.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,382.49 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 274,029.48 | | |
| Total Liabilities | | | | 788,982.63 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Virgilio R Gutierrez,**
     **Laila S Rosal**

                      Debtors

Case No.    **14-15930**

Chapter              **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 5,094.75 |
| Average Expenses (from Schedule J, Line 22) | 2,382.49 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,868.66 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 265,119.97 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 255,202.66 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 520,322.63 |

B6F (Official Form 6F) (12/07)

In re    **Virgilio R Gutierrez,**
　　　　　**Laila S Rosal**

Case No.　　**14-15930**

_____,
　　　　　　　　　　　　Debtors

# AMENDED 11/23/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx6805**<br><br>**Amerassist**<br>**8415 Pulsar Place Suite 250**<br>**Columbus, OH 43240** | | H | | | Opened 10/31/11<br><br>Collection Med1 02 Dpi Of Pembr | | | | 133.00 |
| Account No. **xxxxxxxxxxxxxxxx0000**<br><br>**Ars Account Resolution**<br>**1801 Nw 66th Ave Ste 200**<br>**Plantation, FL 33313** | | W | | | Opened 4/24/13  Last Active 8/01/12<br><br>Collection Attorney Inphynet South Browa | | | | 1.00 |
| Account No. **xxxxxxxxxxxxxxxx0000**<br><br>**Ars Account Resolution**<br>**1801 Nw 66th Ave Ste 200**<br>**Plantation, FL 33313** | | W | | | Opened 5/21/13  Last Active 9/01/12<br><br>Collection Attorney Inphynet South Browa | | | | 764.00 |
| Account No. **xxxxxxxxxxxxxxxx0000**<br><br>**Ars Account Resolution**<br>**1801 Nw 66th Ave Ste 200**<br>**Plantation, FL 33313** | | W | | | Opened 3/26/12  Last Active 7/01/11<br><br>Collection Attorney Inphynet South Browa | | | | 383.00 |

__19__  continuation sheets attached

Subtotal
(Total of this page)

1,281.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
        **Laila S Rosal**
                                        Case No. _____**14-15930**_____
_____,
                    Debtors

## AMENDED 11/23/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxx0000**<br><br>**Ars Account Resolution**<br>**1801 Nw 66th Ave Ste 200**<br>**Plantation, FL 33313** | | W | | Opened 5/21/12 Last Active 9/01/11<br><br>**Collection Attorney Inphynet South Browa** | | | | 54.00 |
| Account No. **xxxxxxxxxxxxxxxx0000**<br><br>**ARS Account Resolutions**<br>**1801 NW 66th Avenue, Suite 200C**<br>**Plantation, FL 33313** | | H | | Opened 11/01/12 Last Active 2/01/12<br><br>**Collection** | | | | 1.00 |
| Account No. **xxxx5858**<br><br>**At&T**<br>**P.O. BOX 15922**<br>**Columbus, OH 43218** | | W | | Opened 11/20/13 Last Active 1/01/10<br><br>**Phone Service Contract** | | | | 590.00 |
| Account No. **xxx8728**<br><br>**At&T**<br>**P.O. BOX 15922**<br>**Columbus, OH 43218** | | H | | Opened 8/01/12 Last Active 5/01/09<br><br>**Phone Service Contract** | | | | 204.00 |
| Account No. **xxxxxxxxxxx5075**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | | Opened 7/16/96 Last Active 9/01/08<br><br>**Credit Card** | | | | 8,403.00 |

Sheet no. __**1**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,252.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Virgilio R Gutierrez,**
         **Laila S Rosal**
                                                                    Case No. ___**14-15930**_____

_____,
                              Debtors

### AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1603**<br><br>**Bank Of America**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | W | **Opened 6/19/00 Last Active 9/01/08**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxxxxxxxx4976**<br><br>**Bank of America**<br>**P.O. BOX 851001**<br>**Dallas, TX 75285-1001** | | H | **Opened 9/01/01 Last Active 8/01/08**<br><br>**Credit Card** | | | | 27,446.00 |
| Account No. **xxxx6904**<br><br>**Bank Of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | J | **Opened 1/14/05 Last Active 10/01/05**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxxxxxxx6165**<br><br>**Bk Of Amer**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | H | **Opened 4/01/00 Last Active 8/01/08**<br><br>**Credit Watch** | | | | 1.00 |
| Account No. **xxxxxxxxxxx7834**<br><br>**Bk Of Amer**<br>**P.O. Box 7047**<br>**Dover, DE 19903** | | J | **Opened 1/01/03 Last Active 9/01/08**<br><br>**Credit Card Purchases** | | | | 1.00 |

Sheet no. __**2**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    27,450.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

Case No.    **14-15930**

Debtors                                                                                              ,

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9296**<br><br>**Bk Of Amer**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | | **Opened 11/01/05  Last Active  1/17/12**<br><br>**Mortgage** | | | | 1.00 |
| Account No. **xxxxx3777**<br><br>**Bk Of Amer**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | | **Opened 11/01/05  Last Active 11/23/12**<br><br>**Mortgage** | | | | 1.00 |
| Account No. **xxxxxx6402**<br><br>**Blmdsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | | **Opened  5/17/97  Last Active 11/10/06**<br><br>**Charge Account** | | | | 1,272.00 |
| Account No. **xxxxxx9364**<br><br>**Bmw Financial Services**<br>**5515 Parkcenter Cir**<br>**Dublin, OH 43017** | | W | | **Opened  4/10/00**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxx-xxxxxx1169**<br><br>**Cap1/Saks** | | H | | **Opened  4/01/06  Last Active 12/01/08**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,276.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

Case No. ___**14-15930**___

                                            Debtors

### AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8598** <br><br>**Carter-Young Inc** <br>**Po Box 82269** <br>**Conyers, GA 30013** | | W | Opened  3/08/10  Last Active 11/01/09 <br><br>**Collection Attorney Radiology Associates** | | | | 425.00 |
| Account No. **xx3899** <br><br>**Carter-Young Inc** <br>**Po Box 82269** <br>**Conyers, GA 30013** | | W | Opened 10/14/09  Last Active  4/01/09 <br><br>**Collection Attorney Radiology Associates** | | | | 162.00 |
| Account No. **xxxxxxxxxxxx6625** <br><br>**Chase** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | W | Opened 12/06/00  Last Active  8/01/08 <br><br>**Credit Card** | | | | 7,911.00 |
| Account No. **xxxxxxxxxxxx6084** <br><br>**Chase** <br>**201 N. Walnut Street** <br>**Wilmington, DE 19801** | | H | Opened 12/01/07  Last Active  8/01/08 <br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxxxxxxxx1758** <br><br>**Chase-Bp** <br>**Po Box 15298** <br>**Wilmington, DE 19850** | | J | Opened  6/01/97  Last Active  9/01/08 <br><br>**Charge Account** | | | | 1,384.00 |

Sheet no. _**4**___ of _**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,883.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Virgilio R Gutierrez,__                                    Case No. ___14-15930___
         __Laila S Rosal__
_____,
                            Debtors

## AMENDED 11/23/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxx7000** | | | | Opened 7/01/00 Last Active 5/01/04 | | | | |
| Cit/Lease 233 N Michigan Av #1800 Chicago, IL 60601 | | H | | Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. **xxxxxxxxxxxx0050** | | | | Opened 9/01/96 Last Active 6/27/08 | | | | |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | W | | Credit Card | | | | 10,751.00 |
| Account No. **xxxxxxxxxxxx8773** | | | | Opened 1/14/08 Last Active 6/19/08 | | | | |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | W | | Credit Card | | | | 1.00 |
| Account No. **xxxx xx.: xxxx xx-xxx36-72** | | | | Lawsuit | | | | |
| Citibank (South Dakota), N.A. c/o Patrick A. Carey Esq. 10967 Lake Underhill Rd #125 Orlando, FL 32825 | | J | | | | | | 4,738.55 |
| Account No. **xxxxx9330** | | | | Opened 3/20/99 Last Active 7/04/06 | | | | |
| Comenity Bank/Limited Po Box 182789 Columbus, OH 43218 | | W | | Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |

Sheet no. __5___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         15,492.55

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Virgilio R Gutierrez,**
         **Laila S Rosal**

Case No. ___**14-15930**___

_____,
                    Debtors

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx30N1**<br><br>**Commonwealth Financial**<br>**245 Main St**<br>**Dickson City, PA 18519** | | W | Opened 12/26/11  Last Active  4/01/09<br><br>Collection Attorney Inphynet South Browa | | | | 599.00 |
| Account No. **xxxxxxx87N1**<br><br>**Comnwlth Fin**<br>**960 N Main Ave**<br>**Scranton, PA 18508** | | W | Opened  8/01/12  Last Active 11/01/09<br><br>Collection Inphynet South | | | | 885.00 |
| Account No. **xxxxxxx1123**<br><br>**Creditors Services Inc**<br>**2821 E Commercial Blvd S**<br>**Fort Lauderdale, FL 33308** | | W | Opened  1/07/11  Last Active  4/01/10<br><br>Collection Attorney Murcia  Dr. Alvaro | | | | 134.00 |
| Account No. **xxxx xx.: xxxx xx-xx40-73**<br><br>**Department Stores National Bank**<br>**c/o Patrick A. Carey Esq.**<br>**10967 Lake Underhill Rd #125**<br>**Orlando, FL 32825** | | J | Lawsuit | | | | 1,497.00 |
| Account No. **xxxx xx.: xxxx xxxx-x3270**<br><br>**Discover Bank**<br>**c/o Erskine & Fleisher**<br>**55 Weston Rd #300**<br>**Fort Lauderdale, FL 33326** | | J | Lawsuit | | | | 11,234.82 |

Sheet no. __**6**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,349.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Virgilio R Gutierrez,**
        **Laila S Rosal**
                                                                    Case No.   **14-15930**
_____,
                          Debtors

**AMENDED 11/23/2015**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0220** <br><br> **Discovr Cd** <br> **Po Box15316  Att:Cms/Prod Develop** <br> **Wilmington, DE 19850-5316** | | H | Opened  6/01/04  Last Active  6/15/08 <br><br> **Attorney Fees** | | | | 1.00 |
| Account No. **xxxxxxxxxxxx6084** <br><br> **Ea** | | H | Opened 12/01/12  Last Active  8/01/08 <br><br> **Checking or Savings / Additional Offers** | | | | 4,804.00 |
| Account No. **xxxxx7385** <br><br> **Fifth Third Bank** <br> **5050 Kingsley Dr** <br> **Cincinnati, OH 45227** | | W | Opened 12/24/06  Last Active  7/01/10 <br><br> **Deficiency balance on repossessed vehicle** | | | | 14,756.00 |
| Account No. **xxx2159** <br><br> **First Fed Credit & Col** <br> **5821 Hollywood Blvd Ste** <br> **Hollywood, FL 33021** | | W | Opened  7/19/13  Last Active  3/01/13 <br><br> **Collection Attorney Miramar Ekg Readers** | | | | 75.00 |
| Account No. **xx4632** <br><br> **First Fed Credit & Col** <br> **5821 Hollywood Blvd Ste** <br> **Hollywood, FL 33021** | | W | Opened  6/07/10  Last Active 11/01/09 <br><br> **Collection Attorney Miramar Ekg Readers** | | | | 1.00 |

Sheet no. __**7**___ of __**19**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,637.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Virgilio R Gutierrez,__                                                    Case No. ___14-15930___
         __Laila S Rosal__
_____,
                            Debtors

## AMENDED 11/23/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4633**<br><br>**First Fed Credit & Col**<br>**5821 Hollywood Blvd Ste**<br>**Hollywood, FL 33021** | | W | **Opened 6/07/10 Last Active 11/01/09**<br><br>**Collection Attorney Miramar Ekg Readers** | | | | **1.00** |
| Account No. **xxxx6680**<br><br>**Fmcc**<br>**12110 Emmet**<br>**Omaha, NE 68164** | | H | **Opened 3/01/04 Last Active 10/20/10**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxxx0161**<br><br>**Gecrb/Brandsmart**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | J | **Opened 11/24/97 Last Active 12/21/03**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxxxxxxx1385**<br><br>**Gecrb/Care Credit**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | W | **Opened 9/18/03 Last Active 12/01/04**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxx9650**<br><br>**Gecrb/City Furniture**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | W | **Opened 9/02/97 Last Active 3/15/01**<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Virgilio R Gutierrez,**
        **Laila S Rosal**

Case No. ___**14-15930**_____

Debtors,

### AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9993**<br><br>Gecrb/City Furniture<br>Po Box 981439<br>El Paso, TX 79998 | | W | Opened 12/17/00  Last Active  1/15/02<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. **xxxxxxxx3205**<br><br>Gecrb/Dillards<br>Po Box 965024<br>Orlando, FL 32896 | | W | Opened 11/01/98  Last Active 10/14/99<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. **xxxxxxxxxxx0847**<br><br>Gecrb/Mervyns<br>Po Box 965005<br>Orlando, FL 32896 | | W | Opened  8/30/95<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. **xxxxxxxxxxx1128**<br><br>Gecrb/Scan Design<br>Po Box 981439<br>El Paso, TX 79998 | | W | Opened 11/28/06  Last Active  8/06/07<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. **xxxxxxxxxxx7861**<br><br>Gecrb/Yama<br>Po Box 6153<br>Rapid City, SD 57709 | | H | Opened  5/01/05  Last Active 11/01/05<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |

Sheet no. __**9**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
      **Laila S Rosal**
                                                                    Case No. ___**14-15930**___

                                    Debtors                    ,

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3729** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | W | **Opened 12/17/07 Last Active 3/03/08** <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxx-xxxxxx2700** <br><br> **Hsbc Bby** | | H | **Opened 4/01/08 Last Active 8/01/08** <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxx-xxxxxx4015** <br><br> **Hsbc Saksf** | | H | **Opened 4/01/06 Last Active 10/01/08** <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxx-xxxxxx8449** <br><br> **Hsbc/Saks** <br> **Po Box 9** <br> **Buffalo, NY 14240** | | W | **Opened 8/03/05 Last Active 9/29/09** <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |
| Account No. **xxxxxx-xxxxxx6066** <br><br> **Hsbc/Saks** <br> **Po Box 9** <br> **Buffalo, NY 14240** | | W | **Opened 1/08/00 Last Active 2/20/09** <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | **1.00** |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **5.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Virgilio R Gutierrez,**
**Laila S Rosal**

Case No. ____**14-15930**____

_____,
Debtors

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | **Notice Only** | | | | |
| **Internal Revenue Service** P.O. BOX 7346 Philadelphia, PA 19101-7346 | | | | | | | 0.00 |
| Account No. **xx-xxxx28 CA** | | J | **Lawsuit** **RE Property: 404 West Palm Drive, Florida City, FL 33034** | | | | |
| **Joseph A. Miles, Esq. Siegried, Rivera, Hyman, Lerner De La Torrw, Mars & Sobel, P.A. 201 Alhambra Circle, Suite 1102 Miami, FL 33134** | | | | | | | 1.00 |
| Account No. **xx-xxxx28 CA** | | J | **Law Suit** **Sergio Santibanez and Maria Santibanez** **vs.** **Nordi Developers Corp.** | | | | |
| **Joseph A. Miles, Esq. Siegried, Rivera, Hyman, Lerner De La Torrw, Mars & Sobel, P.A. 201 Alhambra Circle, Suite 1102 Miami, FL 33134** | | | | | | | 49,683.00 |
| Account No. **xxxxxxxxxxxxxx6403** | | H | **Opened  3/01/05  Last Active 11/01/05** **Appeared on credit report, listed in the abundance of caution.** | | | | |
| **Jpm Chase 1201 Third Avenue Seattle, WA 98101** | | | | | | | 1.00 |
| Account No. **xxxxxxxxxxxx0412** | | W | **Opened  2/26/10** **Collection Attorney Citibank  South Dako** | | | | |
| **Ltd Financial Svcs Lp 7322 Southwest Fwy Ste 1 Houston, TX 77074** | | | | | | | 1.00 |

Sheet no. __**11**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,686.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

                                                    Case No. _____**14-15930**_____

_____,
                        Debtors

### AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br><br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx6066**<br><br>**Lvnv Funding Llc**<br>**Po Box 10497**<br>**Greenville, SC 29603** | | W | **Opened  2/20/09  Last Active  1/01/08**<br><br>**Factoring Company Account Hsbc Bank Nevada  N.** | | | | 7,275.00 |
| Account No. **xxxxxxxx1220**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Opened  8/04/95  Last Active  8/01/08**<br><br>**Charge Account** | | | | 4,395.00 |
| Account No. **xxxxxxxx9720**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | J | **Opened  2/24/03  Last Active  7/01/08**<br><br>**Charge Account** | | | | 2,356.00 |
| Account No. **xxxxxxxx1240**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | W | **Opened  3/21/07  Last Active  5/07/08**<br><br>**Charge Account** | | | | 1.00 |
| Account No. **xxxxxxxx9730**<br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | J | **Opened  8/19/04  Last Active  1/10/08**<br><br>**Charge Account** | | | | 1.00 |

Sheet no. _**12**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,028.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Virgilio R Gutierrez,**
     **Laila S Rosal**

                  Debtors

Case No.    **14-15930**

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx3409**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO 65201** | | W | | | Opened  9/06/11  Last Active  6/01/11<br><br>**Collection Attorney Signet Diagnostics** | | | | 1.00 |
| Account No. **xxxxxx2434**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO 65201** | | W | | | Opened  8/02/11  Last Active  6/01/11<br><br>**Collection Attorney Signet Diagnostics** | | | | 1.00 |
| Account No. **xxxxxx0030**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO 65201** | | W | | | Opened  3/01/12  Last Active  12/01/07<br><br>**Collection Attorney Signet Diagnostics** | | | | 1.00 |
| Account No. **xxxxxx3410**<br><br>**Medicredit Corp**<br>**3620 I 70 Dr Se Ste C**<br>**Columbia, MO 65201** | | W | | | Opened  9/06/11  Last Active  6/01/11<br><br>**Collection Attorney Signet Diagnostics** | | | | 33.00 |
| Account No. **xxxxxx7171**<br><br>**Midland Credit Management**<br>**P.O. BOX 60578**<br>**Los Angeles, CA 90060-0578** | | H | | | Opened  11/01/13  Last Active  8/01/08<br><br>**Medical Bill Collection** | | | | 1.00 |

Sheet no. **13** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

Case No. __**14-15930**__

_____,
Debtors

**AMENDED 11/23/2015**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3491** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened 2/25/11 Last Active 9/01/08 <br><br> **Factoring Company Account Bank Of America** | | | | 14,376.00 |
| Account No. **xxxxxx6781** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened 11/26/13 Last Active 9/01/08 <br><br> **Factoring Company Account Wells Fargo Bank N.** | | | | 3,071.00 |
| Account No. **xxxxxx6569** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened 10/03/13 Last Active 12/01/08 <br><br> **Factoring Company Account Nordstrom Bank** | | | | 665.00 |
| Account No. **xxxxxx4852** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened 3/23/09 Last Active 9/01/08 <br><br> **Factoring Company Account Ge Money Bank** | | | | 484.00 |
| Account No. **xxxxxx6187** <br><br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | | W | Opened 10/14/13 Last Active 9/01/08 <br><br> **Factoring Company Account World Financial Netw** | | | | 414.00 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,010.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

Case No. _____**14-15930**_____

Debtors,

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5325**<br><br>**Midlandmcm** | | H | Opened 10/01/13  Last Active 12/01/08<br><br>Checking or Savings / Additional Offers | | | | 2,917.00 |
| Account No. **xxxxxx3635**<br><br>**Midlandmcm** | | H | Opened 10/01/13  Last Active  9/01/08<br><br>Checking or Savings / Additional Offers | | | | 2,272.00 |
| Account No. **xxxxxx9553**<br><br>**Midlandmcm** | | H | Opened  5/01/12  Last Active  9/01/08<br><br>Checking or Savings / Additional Offers | | | | 1,729.00 |
| Account No. **xxxxxx8047**<br><br>**Midlandmcm** | | H | Opened 10/01/12  Last Active  9/01/11<br><br>Checking or Savings / Additional Offers | | | | 930.00 |
| Account No. **xxxxxxxxxxxxx9001**<br><br>**Mitsubishi**<br>**1211 Semoran Blvd, Ste 341**<br>**Casselberry, FL 32707** | | H | Opened  2/01/03  Last Active  2/01/05<br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |

Sheet no. __**15**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,849.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
　　　　**Laila S Rosal**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtors

Case No. ___**14-15930**___

,

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4575 <br><br>**Mmca/C1 <br>3120 Rider Trail South <br>Earth City, MO 63045** | | H | Opened  2/01/03  Last Active 12/01/06 <br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxx6412 <br><br>**Nationwide Recovery <br>215 Second Street Nw <br>Cleveland, TN 37311** | | H | Opened  1/01/12  Last Active  9/01/11 <br><br>Government Secured Direct Loan Sheridan Health | | | | 1,834.00 |
| Account No. xxxxxx5493 <br><br>**Nordstrom Fsb <br>Po Box 6555 <br>Englewood, CO 80155** | | W | Opened  4/13/07  Last Active 12/01/08 <br><br>Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxxx xxxx-xxxxxx4015 <br><br>**Portfolio <br>120 Corporate Blvd, Ste 100 <br>Norfolk, VA 23502** | | H | Opened 10/01/09  Last Active 10/01/08 <br><br>Checking or Savings / Additional Offers | | | | 1.00 |
| Account No. xxxx xx.: xxxx xxxxxx27-60 <br><br>**Portfolio Recovery Associates, LLC <br>c/o Pollack & Rosen, P.A. <br>806 Douglas Road <br>South Tower, Suite 200 <br>Coral Gables, FL 33134** | | J | Lawsuit | | | | 9,261.94 |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,098.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**
                                                                    Case No. ___**14-15930**___
_____,
                        Debtors

# AMENDED 11/23/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxx1000**<br><br>**Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** | | | W | | Opened 7/29/09<br><br>**Factoring Company Account Wachovia Bank Checki** | | | | 449.00 |
| Account No. **xxxxxxxxxxx6912**<br><br>**Sears/Cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | | W | | Opened 4/01/97 Last Active 10/17/07<br><br>**Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxx xx.: xx-xxxxx-CC-25**<br><br>**Sonia Fraser**<br>**7430 SW 142nd Terrace**<br>**Village of Palmetto Bay, FL 33158** | | | J | | Business Lawsuit | | | | 10,794.93 |
| Account No. **xxxx xx.: xxxx xx-xxx30-18**<br><br>**SunTrust Bank**<br>**c/o Shutts & Bowen, LLP**<br>**Eric C Reed, Esq.**<br>**300 S Orange Avenue, Suite 1000**<br>**Orlando, FL 32801** | | | J | | Lawsuit | | | | 38,539.42 |
| Account No. **xxxxxxxxxxx0412**<br><br>**Thd/Cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | | W | | Opened 8/12/07 Last Active 6/29/08<br><br>**Credit Card** | | | | 5,063.00 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,847.35

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
      **Laila S Rosal**
_____,
               Debtors

Case No. ____**14-15930**____

## AMENDED 11/23/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0148 <br><br> Thd/Cbna <br> Po Box 6497 <br> Sioux Falls, SD 57117 | | W | Opened  3/19/00  Last Active 12/14/08 <br><br> Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxxxx0682 <br><br> Tnb - Target <br> Po Box 673 <br> Minneapolis, MN 55440 | | W | Opened 11/30/07  Last Active 12/01/08 <br><br> Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxxxxxxxxxx5863 <br><br> Visa/Dsnb | | H | Opened  6/01/96 <br><br> Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxxxx6194 <br><br> Vw Credit Inc <br> 1401 Franklin Blvd <br> Libertyville, IL 60048 | | W | Opened  4/17/00  Last Active  6/01/04 <br><br> Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |
| Account No. xxxxxx8051 <br><br> Wb/Wf/St <br> Po Box 3117 <br> Winston Salem, NC 27102 | | W | Opened  9/09/03  Last Active  1/24/05 <br><br> Appeared on credit report, listed in the abundance of caution. | | | | 1.00 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Virgilio R Gutierrez,**
       **Laila S Rosal**

Case No. _____**14-15930**_____

_____ ,
                    Debtors

**AMENDED 11/23/2015**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5133** <br><br> **Wf/Wb** <br> **Po Box 3117** <br> **Winston Salem, NC 27102** | | W | Opened  9/15/03  Last Active  1/24/05 <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxx1325** <br><br> **Wffnatbank** <br> **Po Box 94498** <br> **Las Vegas, NV 89193** | | H | Opened  8/01/00  Last Active  11/01/04 <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxx8488** <br><br> **Wffnatbank** <br> **Po Box 94498** <br> **Las Vegas, NV 89193** | | W | Opened  8/11/07  Last Active  8/01/08 <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxx3721** <br><br> **Wffnatbank** <br> **Po Box 94498** <br> **Las Vegas, NV 89193** | | H | Opened 10/01/07  Last Active  8/01/08 <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxxxxxx6671** <br><br> **Wfhm** <br> **4101 Wiseman Blvd # Mc-T** <br> **San Antonio, TX 78251** | | J | Opened  8/27/03  Last Active 12/28/04 <br><br> **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5.00**

Total
(Report on Summary of Schedules)    **255,202.66**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Virgilio R Gutierrez**
        **Laila S Rosal**
                                                        Case No.   **14-15930**
                                        Debtor(s)       Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 11/23/2015

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _**36**_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 23, 2015**                   Signature   **/s/ Virgilio R Gutierrez**
                                                         **Virgilio R Gutierrez**
                                                         Debtor

Date **November 23, 2015**                   Signature   **/s/ Laila S Rosal**
                                                         **Laila S Rosal**
                                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.