UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:  Virgilio R Gutierrez                                   Case No. 14-15930-JKO
        Laila S Rosal                                          Chapter 13

        Debtors.
_____/

**DEBTORS' MOTION TO AUTHORIZE SPECIALIZED LOAN SERVICES, LLC TO ENDORSE HOMEOWNERS INSURANCE PROCEEDS TO THE DEBTORS**

**COME NOW** the Debtors, Virgilio R Gutierrez and Laila S Rosal, by and through their undersigned counsel, and files this Motion to Authorize Specialized Loan Services, LLC ("SLS") to Endorse Homeowners Insurance Proceeds to the debtors and in support thereof states:

1. This case was filed under Chapter 13 on March 14, 2014.

2. The debtors' case was confirmed on October 17, 2014.

3. The Debtors filed homeowners insurance claims on or about September 13, 2014; January 26, 2015; and April 22, 2015 for water damage repairs in their home.

4. The debtors received three checks on February 19, 2015, November 11, 2015, and June 30, 2015 (respectively with the dates of loss mentioned above), in the amounts of $1,282.39, $9,500.00, and $6,000.00, respectively, from their homeowners' insurance company in order to repair the leaks on their homestead.

5. The homestead was listed on Schedule A and fully exempted on Schedule C.

6. The check is made payable to the joint debtor as well as the servicer of the first mortgage of the homestead property, SLS.

7. SLS will not endorse the funds without authorization from this Honorable Court.

8. Debtors are requesting an Order allowing Specialized Loan Services, LLC to endorse the check that would enable to the debtors to repair the water damage on their homestead property.

WHEREFORE the Debtors respectfully request that this Court grant this Motion and grant such further relief as this Court may deem just and equitable.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on January 6, 2016 electronically via ECF to: Robin Weiner, Trustee, and via U.S. Mail to all creditors on the service list.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161