

**ORDERED in the Southern District of Florida on February 4, 2016.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:   Virgilio R Gutierrez and Laila S Rosal          Case No. 14-15930-JKO
                                                         Chapter 13

         Debtors.
_____/

### ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE SPECIALIZED LOAN SERVICES, LLC TO ENDORSE HOMEOWNERS INSURANCE PROCEEDS TO THE DEBTORS

**THIS MATTER** having come to be heard on this 1st day of February 2016 upon Debtors' Motion to Authorize Specialized Loan Services, LLC to Endorse Homeowners Insurance Proceeds to the Debtors and based on the record, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion to Authorize Specialized Loan Services, LLC to Endorse Homeowners Insurance Proceeds to the Debtors is GRANTED.

2. Specialized Loan Services, LLC is authorized to endorse the homeowner's insurance proceeds to the Debtors.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.