UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  14-15930-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

VIRGILIO R GUTIERREZ
XXX-XX-5931
LAILA S ROSAL
XXX-XX-3704

DEBTORS_____/

**TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF
SERVICE OF COURT GENERATED NOTICE OF HEARING**

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. A NOTICE OF PAYMENT CHANGE WAS FILED BY SPECIALIZED LOAN (CLAIM #29)

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 29th day of March, 2016.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  14-15930-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
VIRGILIO R GUTIERREZ
LAILA S ROSAL
2701 SW 190 AVENUE
MIRAMAR, FL  33029-2461

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR(S)**
AMERASSIST/AR SOLUTIONS
8415 PULSAR PLACE
COLUMBUS, OH  43240

AMERICAN INFOSOURCE LP
C/O MIDLAND FUNDING LLC
POB 268941
OKLAHOMA CITY, OK  73126

ARS ACCOUNT RESOLUTION
1801 NW 66TH AVENUE
SUITE 200
FORT LAUDERDALE, FL  33313

AT&T
PO BOX 15922
COLUMBUS, OH  43218

ATLAS ACQUISITIONS LLC
294 UNION STREET
HACKENSACK, NJ  07601

BANK OF AMERICA
450 AMERICAN STREET
SIMI VALLEY, CA  93065

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE  19886

BANK OF AMERICA
PO BOX 7047
DOVER, DE  19903

BANK OF AMERICA
POB 851001
DALLAS, TX  75285

BANK OF AMERICA
POB 982235
EL PASO, TX  79998-2235

BANK OF AMERICA, N.A.
4161 PIEDMONT PARKWAY
NC 41050314
GREENSBORO, NC  27410

BELLSOUTH TELECOMMUNICATION, INC.
C/O KAREN A. CAVAGNARO LEAD PARALEGAL
ONE AT&T WAY ROOM 3A104
BEDMINISTER, NJ  07921

BLOOMINGDALES
9111 DUKE BLVD
MASON, OH  45040

BMW FINANCIAL SERVICES INC.
5515 PARKCENTER CIRCLE
DUBLIN, OH  43017

CARTER-YOUNG INC.
POB 82269
CONYERS, GA  30013-9433

CHASE
1201 THIRD AVE
SEATTLE, WA  98101

CHASE
201 N WALNUT ST #DE1-10
WILMINGTON, DE  19801

CHASE
POB 15298
WILIMINGTON, DE  19850

CITIBANK
C/O PATRICK A. CAREY, ESQ
10967 LAKE UNDERHILL ROAD #125
ORLANDO, FL  32825

CITIBANK
POB 6241
SIOUX FALLS, SD  57117

COMENITY BANK
POB 182789
COLUMBUS, OH  43218

COMMONWEALTH FINANCIAL
245 MAIN STREET
DICKSON CITY, PA  18519

COMMONWEALTH FINANCIAL
960 N MAIN STREET
SCRANTON, PA  18508

CREDITOR SERVICES, INC
2821 E COMMERCIAL BLVD S
FT. LAUDERDALE, FL  33308

DEPARTMENT STORES NATIONAL BANK
C/O PATRICK A. CAREY, ESQUIRE
10967 LAKE UNDERHILL RD. #125
ORLANDO, FL  32825

DEPT STORES NATIONAL BANK MACY
C/O NCO FINANCIAL SYSTEMS INC
POB 4275
NORCROSS, GA  30091

DEPTARTMENT STORES NATIONAL BANK FOR MACYS
C/O BANKRUPTCY PROCESSING
POB 8053
MASON, OH  45040

DISCOVER BANK
C/O DB SERVICING CORPORATION
POB 3025
NEW ALBANY, OH  43054-3025

DISCOVER CARD
C/O ERSKINE & FLEISHER
55 WESTON RD, #300
FT. LAUDERDALE, FL  33326

DSNB/MACYS
9111 DUKE BLVD
MASON, OH  45040

FIFTH THIRD BANK
1830 EAST PARIS SE
GRAND RAPIDS, MI  49546

FIFTH THIRD BANK
POB 9013
ADDISON, TX  75001

FIRST FED CREDIT & COLLECTION
6099 STIRLING RD
SUITE 202
DAVIE, FL  33314

FMCC
12110 EMMET
OMAHA, NE  68164

GECRB
PO BOX 6153
SIOUX FALLS, SD  57109

GECRB
PO BOX 965024
ORLANDO, FL  32896

GECRB
PO BOX 981439
EL PASO, TX  79998

GECRB/MERVYNS
PO BOX 965005
ORLANDO, FL  32896

HSBC BANK
POB 9
BUFFALO, NY  14240

HSBC NV
PO BOX 5253
CAROL STREAM, IL  60197

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

JEFFERSON CAPITAL SYSTEMS, LLC
POB 7999
SAINT CLOUD, MN  56302

JEFFERSON CAPITAL SYSTEMS, LLC
POB 953185
ST. LOUIS, MO  63195-3185

JOHN C. BEGGINS, PRESIDENT
8742 LUCENT BLVD
SUITE 300
HIGHLANDS RANCH, CO  80129

JOSEPH A. MILES, ESQ.
201 ALHAMBRA CIRCLE, SUITE 1102
MIAMI, FL  33134

JPM CHASE
1201 THIRD AVENUE
SEATTLE, WA  98101

KEVIN A. COMER, ESQUIRE
9204 KING PALM DRIVE
TAMPA, FL  33619

LEASE FINANCE GROUP
233 N MICHIGAN AVE
STE 1
CHICAGO, IL  60601

LTD FINACIAL SERVICES LP
7322 SOUTHWEST FREEWAY
SUITE 1600
HOUSTON, TX  77074

LVNV FUNDING
POX 10497
GREENVILLE, SC  29603

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MEDICREDIT CORP
3620 I 70 DRIVE SE
SUITE C
COLUMBIA, MO  65201

MIDLAND CREDIT MANAGEMENT, INC.
POB 2011
WARREN, MI  48090

MIDLAND CREDIT MGMT
PO BOX 60578
LOS ANGELES, CA  90060

MIDLAND FUNDING
8875 AERO DRIVE, SUITE 200
SAN DIEGO, CA  92123

MITSUBISHI CREDIT CORP
1211 SEMORAN BLVD
CASSELBERRY, FL  32707

MITSUBISHI MOTORS CREDIT
3120 RIDER TRAIL SOUTH
EARTH CITY, MO  63045

MMCA/C1
3120 RIDER TRAIL SOUTH
EARTH CITY, MO  63045

NATIONWIDE REC
215 SECOND STREET NW
CLEVELAND, TN  37311

NORDSTROM
PO BOX 6555
ENGLEWOOD, CO  80155-6555

PORTFOLIO RECOVERY ASSOC, LLC
C/O POLLACK & ROSEN
800 DOUGLAS RD N TOWER
MIAMI, FL  33134-3125

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

QUANTUM3 GROUP LLC
C/O CF MEDICAL LLC
POB 788
KIRKLAND, WA  98083

RADIOLOGY ASSOCIATES OF HOLLYWOOD
C/O CARTER-YOUNG, INC
POB 82269
CONYERS, GA  30013

REAL TIME RESOLUTIONS INC
1349 EMPIRE CENTRAL DRIVE
SUITE 150
DALLAS, TX  75247

REAL TIME RESOLUTIONS, INC.
POB 35888
DALLAS, TX  75235

RJM ACQUISITIONS, LLC
575 UNDERHILL BLVD
SUITE 2
SYOSSET, NY  11791

SANTANDER CONSUMER USA
POB 560284
DALLAS, TX  75356

SANTANDER CONSUMER USA
POB 961245
FORT WORTH, TX  76161

SEARS/CBNA
POB 6189
SIOUX FALLS, SD  57117

SONIA FRASER
7430 SW 142ND TERRACE
VILLAGE OF PALMETTO BAY, FL  33158

SOUTH BROWARD HOSPITAL DISTRICT
C/O SHAFRITZ & BRATEN, P.A.
551 SE 8TH STREET, 4TH FLOOR
DELRAY BEACH, FL  33483

SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD
SUITE 300
HIGHLANDS RANCH, CO  80129

SPECIALIZED LOAN SERVICING, LLC
C/O CAPITOL CORPORATE SERVICES
155 OFFICE PLAZA DR. SUITE A
TALLAHASSEE, FL  32301

SPECIALIZED LOAN SERVICING, LLC
POB 636007
LITTLETON, CO  80163

SUNTRUST BANK
POB 85092
RICHMOND, VA  23286

TARGET
POB 673
MINNEAPOLIS, MN  55440

THD/CBSD
POB 6497
SIOUX FALLS, SD  57117

VELOCITY INVESTMENTS LLC
JD RECEIVABLES LLC
PO BOX 382656
GERMANTOWN, TN  38183

VOLKSWAGEN CREDIT
1401 FRANKLIN BLVD
LIBERTYVILLE, IL  60048

WACHOVIA
PO BOX 3117
WINSTON-SALEM, NC  27102

WELLS FARGO BANK, N.A.
4101 WISEMAN BLVD
T7416-023
SAN ANTONIO, TX  78251

WFF NAT BANK
PO BOX 30086
LOS ANGELES, CA  90030